UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    v.

RODERICK ARRINGTON,

           Defendant.

**ORDER**
15-CR-33-RJA

---

Jury selection in the above captioned matter was held on September 7, 2022, and proof began the following day. They jury was charged and started their deliberations on October 7, 2022. On October 18, 2022 the Court declared a mistrial after the jury indicated they could not reach a verdict. The Court has carefully considered the record in this case, and it is decided that, in the interests of justice, this case is reassigned to Hon. John L. Sinatra for all future proceedings.

    **IT IS SO ORDERED.**

                                            *s/Richard J. Arcara*
                                        HONORABLE RICHARD J. ARCARA
                                        UNITED STATES DISTRICT COURT

Dated:  October 19, 2022
           Buffalo, New York